IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kerr, Howard E | Case Number: 05 B 33628 |
|---|---|---|
| | Kerr, Linda G | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 8/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 12, 2008
Confirmed: October 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 26,002.00 |  |
| Secured: |  | 22,014.17 |
| Unsecured: |  | 0.00 |
| Priority: |  | 911.46 |
| Administrative: |  | 1,689.00 |
| Trustee Fee: |  | 1,387.37 |
| Other Funds: |  | 0.00 |
| Totals: | 26,002.00 | 26,002.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Buffington & Associates | Administrative | 1,689.00 | 1,689.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Thorn Creek Basin Sanitary Dis | Secured | 272.44 | 272.44 |
| 4. | Select Portfolio Servicing | Secured | 25,000.00 | 21,545.10 |
| 5. | Ford Motor Credit Corporation | Secured | 196.63 | 196.63 |
| 6. | Internal Revenue Service | Priority | 10,707.52 | 911.46 |
| 7. | St James & St Margaret Mercy | Unsecured | 1,268.34 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 2,112.46 | 0.00 |
| 9. | Toyota Motor Credit Corporatio | Unsecured | 502.87 | 0.00 |
| 10. | Thorn Creek Basin Sanitary Dis | Unsecured | 38.85 | 0.00 |
| 11. | Capital One | Unsecured | 238.34 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 1,186.03 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 3,956.16 | 0.00 |
| 14. | Citi Cards | Unsecured |  | No Claim Filed |
| 15. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 16. | Jagmin Dental Clinic Ltd. | Unsecured |  | No Claim Filed |
| 17. | Excel St James | Unsecured |  | No Claim Filed |
| 18. | Allstate | Unsecured |  | No Claim Filed |
| 19. | Mill Creek Servicing Corp | Unsecured |  | No Claim Filed |
| 20. | Penn Credit Corp | Unsecured |  | No Claim Filed |
| 21. | Roto Rooter | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 47,168.64 | $ 24,614.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kerr, Howard E | Case Number: 05 B 33628 |
|---|---|---|
| | Kerr, Linda G | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 8/24/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 483.88 |
| 5% | 97.11 |
| 4.8% | 236.41 |
| 5.4% | 500.39 |
| 6.5% | 69.58 |
| | _____ |
| | $ 1,387.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

